UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
DENIED
Judge James Ware
10/27/2010

ROGER A. DREYER, ESQ. / SBN: 095462
CHRISTOPHER W. WOOD, ESQ. / SBN: 193955
**DREYER BABICH BUCCOLA WOOD, LLP**
10 Almaden Boulevard, Suite 1250
San Jose, CA 95113
Telephone: (408) 275-1300
Facsimile: (408) 275-1331
rdreyer@dbbwlaw.com
cwood@dbbwlaw.com

Attorneys for Defendants
JIE HANG ZHAO and CHUCK CHIANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ALLSTATE INSURANCE COMPANY, an Illinois Corporation,

Plaintiffs,

v.

SHUNK HEUNG WANG, JIE HANG ZHAO and CHUCK CHIANG,

Defendants.

Case No.: CV10-03459

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER**

IT IS HEREBY STIPULATED, by and between the parties and through their respective counsel as follows:

1. The Initial Case Management Conference scheduled for November 1, 2010 at 10:00 a.m. in courtroom 8, shall be continued to December 13, 2010 at 10:00 a.m.

DATED: October 25, 2010 **DREYER BABICH BUCCOLA WOOD, LLP**

By: /s/
CHRISTOPHER W. WOOD, ESQ.
Attorney for Defendant, JIE HANG ZHAO and CHUCK CHIANG

DATED: October 25, 2010 **SNR DENTON US LLP**

By: /s/
EMILY NOZICK, ESQ.
Attorney for Plaintiff

1  ROGER A. DREYER, ESQ. / SBN: 095462
   CHRISTOPHER W. WOOD, ESQ. / SBN: 193955
2  **DREYER BABICH BUCCOLA WOOD, LLP**
   10 Almaden Boulevard, Suite 1250
3  San Jose, CA 95113
   Telephone:  (408) 275-1300
4  Facsimile:  (408) 275-1331
   rdreyer@dbbwlaw.com
5  cwood@dbbwlaw.com

6  Attorneys for Defendants
   JIE HANG ZHAO and CHUCK CHIANG

*[DENIED stamp — Judge James Ware — 10/27/2010]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation, | Case No.: CV10-03459 |
| Plaintiffs, | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| SHUNK HEUNG WANG, JIE HANG ZHAO and CHUCK CHIANG, | |
| Defendants. | |

The request to continue the case management conference is DENIED.  The parties do not provide an explanation as to the reason for the request for continuance.  The parties shall file their joint case management statement by **October 28, 2010 at 3:00 PM.**  The Case Management Conference set for November 1, 2010 at 10:00 AM remains on calendar until further order of the Court.

IT IS SO ORDERED.

DATED: October 27, 2010                        _/s/ James Ware_
                                                UNITED STATES DISTRICT JUDGE

---
-2-
**Stipulation to Continue Initial Case Management Conference; Order**