IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>Plaintiff(s),<br>v.<br><br>SHUNK KUENG WANG, et. al..,<br><br>Defendant(s). | CASE NO. 5:10-cv-03459 EJD<br><br>**ORDER VACATING PRETRIAL CONFERENCE** |

In light of the representations made by the parties in the Joint Preliminary Pretrial Conference Statement filed September 13, 2011 (see Docket Item No. 51), the Pretrial Conference scheduled for September 23, 2011 is **VACATED**.

As Defendant Shunk Kueng Wang's default will soon be entered by the Clerk, Plaintiff's ensuing Motion for Default Judgment shall be heard by the court on **December 2, 2011, at 9:00 a.m.** Plaintiff's moving papers shall be filed in accordance with Civil Local Rule 7 and shall notice the hearing accordingly.

The court also schedules this action for a Case Management Conference on **December 2, 2011, at 10:00 a.m.** A Joint Case Management Conference Statement shall be filed on or before **November 23, 2011.**

**IT IS SO ORDERED.**

Dated: September 21, 2011

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:10-cv-3459 EJD
ORDER VACATING PRETRIAL CONFERENCE (EJDLC1)