MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
EMILY NOZICK (State Bar No. 201050)
SNR DENTON US LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
Telephone: (925) 949-2600
Facsimile: (925) 949-2610
Email: michael.barnes@snrdenton.com
sonia.martin@snrdenton.com
emily.nozick@snrdenton.com

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SHUNK HUENG WANG, JIE HANG ZHAO and CHUCK CHIANG,<br><br>Defendants | Case No. 5:10-cv-03459-EJD<br><br>STIPULATION FOR WITHDRAWAL OF PENDING MOTION FOR SUMMARY JUDGMENT AND OPPOSITION THERETO AND FOR PARTIAL DISMISSAL OF ACTION<br><br>[~~PROPOSED~~] ORDER THEREON<br><br>Date: January 6, 2012<br>Time: 9:00 a.m.<br>Place: Courtroom 1, 5th Floor, S. Jose<br>Before: Hon. Edward J. Davila |

Plaintiff Allstate Insurance Company and defendants Jie Hang Zhao and Chuck Chiang, by and through their respective counsel of record, hereby stipulate to the withdrawal of Allstate's pending motion for summary judgment [Docket #55] and defendants' opposition thereto [Docket ##63-65]. Said parties further agree that defendants Zhao and Chiang should be dismissed from this action on grounds of mootness, and that Allstate (on the one hand) and Zhao and Chiang (on the other) will, as between each other, bear their own costs and attorneys' fees incurred in this action.

///

Case No. 5:10-cv-03459-EJD  -1-  STIPULATION FOR WITHDRAWAL OF MSJ AND OPPOSITION THERETO AND PARTIAL DISMISSAL; [PROPOSED] ORDER THEREON

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: November 10, 2011

SNR DENTON US LLP

By /s/ MICHAEL BARNES
       MICHAEL BARNES

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY

Dated: November 10, 2010

DREYER, BABICH, BUCCOLA, WOOD, LLP

By _____
       CHRISTOPHER W. WOOD

Attorneys for Defendants
JIE HANG ZHAO and CHUCK CHIANG

**IT IS SO ORDERED.**

Dated: November 16, 2011

_____
THE HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE