MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
EMILY NOZICK (State Bar No. 201050)
SNR DENTON US LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
Telephone: (925) 949-2600
Facsimile: (925) 949-2610
Email: michael.barnes@snrdenton.com
sonia.martin@snrdenton.com
emily.nozick@snrdenton.com

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY

**IT IS SO ORDERED**
Judge Edward J. Davila
1/5/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SHUNK HUENG WANG, JIE HANG ZHAO and CHUCK CHIANG,<br><br>Defendants | Case No. 5:10-cv-03459-EJD<br><br>NOTICE OF DISMISSAL |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Allstate Insurance Company hereby DISMISSES this action in its entirety WITH PREJUDICE on grounds of mootness, with each party to bear her, his or its own costs and fees, and further requests that the January 6, 2012 hearing on its motion for default judgment be vacated. The Clerk shall close this file

Dated: January 5, 2012         SNR DENTON US LLP


                               By ____*/s/ MICHAEL BARNES*_____
                                      MICHAEL BARNES

                               Attorneys for Plaintiff
                               ALLSTATE INSURANCE COMPANY

Case No. 5:10-cv-03459-EJD          -1-          NOTICE OF DISMISSAL